UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 07-329-JBC

PAMULA S. DURBIN,                                                                                         PLAINTIFF,

V.                                            JUDGMENT

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,                                              DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

The court, having granted the plaintiff's motion for summary judgment and having denied the Commissioner's motion for summary judgment, enters **JUDGMENT** pursuant to Sentence Four of 42 U.S.C. § 405(g).

The administrative decision of the Commissioner is **REVERSED** and this action is **REMANDED** for further proceedings by the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g).

This action is **STRICKEN** from the court's active docket.

Signed on  February 13, 2009

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY